**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CONVERSE INC.,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

Case No. 25-cv-06583

**Judge Lindsay C. Jenkins**

**Magistrate Judge Jeffrey T. Gilbert**

**SCHEDULE A TEMPLATE**

On June 13, 2025, Plaintiff Converse Inc. ("Plaintiff") filed a Complaint as to this action for trademark infringement and counterfeiting, and false designation of origin against the defendants identified on the Schedule A to the Complaint. *See* [1], [2].

Pursuant to this Court's standing order on "Schedule A" cases, Plaintiff submits the following Schedule of Defendants:

## SCHEDULE OF DEFENDANTS

| No. | Name | Link | Country | Owner? | Contact?[1] | Evidence Exhibit 2 [18] | Last Date Collected |
|---|---|---|---|---|---|---|---|
| 1 | Ares | amazon.com/sp?seller=A2V8P3DC3FMIJZ | CN | Yes | Yes | Part 1, p. 3 | 2025-02-25 11:11:40 |
| 2 | CHANGYANMAOYI | amazon.com/sp?seller=A2S5UM2KOX5CUD | CN | Yes | Yes | Part 1, p. 6 | 2024-11-18 11:21:13 |
| 3 | ChaoFangG | amazon.com/sp?seller=A2TQRJVDW96QNB | CN | Yes | Yes | Part 1, p. 10 | 2025-03-25 14:48:10 |
| 4 | ChuangYangDengShi | amazon.com/sp?seller=A3ACP63QQRA6Z9 | CN | Yes | Yes | Part 1, p. 15 | 2025-04-21 12:08:02 |
| 5 | chunjukuajingdianpu | amazon.com/sp?seller=A1T5PERROO81H0 | CN | Yes | Yes | Part 1, p. 19 | 2025-01-13 11:07:25 |
| 6 | GhYI | amazon.com/sp?seller=AYI6PGC1ZBLNR | CN | Yes | Yes | Part 1, p. 23 | 2025-03-26 16:26:19 |
| 7 | Honouredbird | amazon.com/sp?seller=ASFPBWMQ5LN6H | CN | Yes | Yes | Part 1, p. 28 | 2025-02-20 12:44:27 |
| 8 | Hyamass Direct | amazon.com/sp?seller=A3AT0NGXDFCYMG | CN | Yes | Yes | Part 1, p. 33 | 2025-01-31 15:56:00 |
| 9 | LvJuN | amazon.com/sp?seller=A3UM8J5ZNEWP69 | CN | Yes | Yes | Part 1, p. 38 | 2024-12-30 11:16:12 |
| 10 | Martinez pet | amazon.com/sp?seller=A32VAVY52KHZY9 | CN | Yes | Yes | Part 1, p. 42 | 2025-03-10 15:01:38 |
| 11 | Municipal | amazon.com/sp?seller=AHQTJYZLV481G | VN | Yes | Yes | Part 1, p. 48 | 2025-05-19 16:46:16 |

[1] Yes" means that the address provided by Defendant to register its marketplace account as displayed, and not to the accuracy of such information.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | PODEQeeStore | amazon.com/sp?seller =A1U6SHMOUG10IN | CN | Yes | Yes | Part 1, p. 53 | 2025-02-10 16:36:03 |
| 13 | qiwa | amazon.com/sp?seller =A30EG4CVCA6J8T | CN | Yes | Yes | Part 1, p. 58 | 2025-03-31 15:54:24 |
| 14 | UniKorNa | amazon.com/sp?seller =A2KESOFZXNQVI0 | HK | Yes | Yes | Part 1, p. 63 | 2025-03-24 11:19:57 |
| 15 | wanghongmei123. | amazon.com/sp?seller =A108J2QD9MZ1DC | CN | Yes | Yes | Part 1, p. 70 | 2025-01-09 11:28:66 |
| 16 | YIKEYANG SHOP | amazon.com/sp?seller =A4EO01HQBSEJN | CN | Yes | Yes | Part 1, p. 70 | 2025-01-27 14:36:43 |
| 17 | YingChengBaiHuo | amazon.com/sp?seller =A109Z68JP5HEN9 | CN | Yes | Yes | Part 1, p. 77 | 2025-03-26 16:26:39 |
| 18 | yinuo111 | amazon.com/sp?seller =ACNNGEN22XIIJ | CN | Yes | Yes | Part 1, p. 82 | 2025-03-31 13:28:03 |
| 19 | YIQIANDANSHANG MAO | amazon.com/sp?seller =AY3ET51VHKABL | CN | Yes | Yes | Part 1, p. 87 | 2025-04-29 15:49:22 |
| 20 | yunchengyifengshang maoyouxiangongsi | amazon.com/sp?seller =A29ZOIJUDMGHG2 | CN | Yes | Yes | Part 1, p. 92 | 2025-02-13 16:10:39 |
| 21 | Zhan Bin | amazon.com/sp?seller =A22URSFJCFWD86 | CN | Yes | Yes | Part 1, p. 98 | 2025-05-15 10:44:37 |
| 22 | breadqiao2010 | ebay.com/usr/breadqiao2010 | CN | N/A | N/A | Part 1, p. 103 | 2025-02-25 15:57:49 |
| 23 | donghaistone | ebay.com/usr/donghaistone | CN | N/A | N/A | Part 1, p. 108 | 2025-03-24 11:19:58 |
| 24 | eastjewellery | ebay.com/usr/eastjewellery | CN | N/A | N/A | Part 1, p. 111 | 2025-03-24 11:19:59 |
| 25 | luoerdasan-0 | ebay.com/usr/luoerdasan-0 | CN | N/A | N/A | Part 1, p. 114 | 2025-05-05 15:07:38 |
| 26 | meliespresso | ebay.com/usr/meliespresso | VN | N/A | N/A | Part 1, p. 117 | 2025-02-04 14:50:11 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27 | qyxcrystal | ebay.com/usr/qyxcrystal | CN | N/A | N/A | Part 1, p. 125 | 2025-04-04 16:17:41 |
| 28 | qyxzhubao | ebay.com/usr/qyxzhubao | CN | N/A | N/A | Part 1, p. 131 | 2025-03-24 11:20:04 |
| 29 | Sweet Kitty Couture | temu.com/m-634418216850906.html | CN | Yes | Yes | Part 1, p. 136 | 2025-01-09 11:27:24 |
| 30 | pweesdf | walmart.com/seller/101617258 | CN | Yes | Yes | Part 1, p. 140 | 2025-01-24 15:36:37 |
| 31 | tshadow3 | walmart.com/seller/101612714 | CN | Yes | Yes | Part 1, p. 145 | 2025-01-27 11:14:46 |

## IDENTIFIABLE DEFENDANTS AND DEFENDANTS WITH CONTACT INFORMATION

| No. | Name | Owner Name | Address | Email | Telephone |
|---|---|---|---|---|---|
| 1 | Ares | jinjiangshiouluosimaoyiyouxiangongs | 青阳街道陈村社区宾阳路2-58号<br>泉州市<br>晋江市<br>福建省<br>362200<br>CN | N/A | N/A |
| 2 | CHANGYANMAOYI | fuqingchangyanmaoyiyouxiangongsi | 福建省福清市高山镇岑下村<br>后地92号<br>福州市<br>福建<br>350300<br>CN | N/A | N/A |
| 3 | ChaoFangG | GuangZhouChaoFangShangMaoYouXianGongSi | 凤山镇<br>水利局一楼<br>罗源县<br>福建省<br>350600<br>CN | N/A | N/A |
| 4 | ChuangYangDengShi | ZhongShanShiChuangYangDengShiYouXianGongSi | 22号3楼<br>贴边村横河南西路<br>中山市<br>广东<br>528478<br>CN | N/A | N/A |
| 5 | chunjukuajingdianpu | handanshilundouwangluokejiyouxiangongsi | 世纪大街115号拉德芳斯6号楼1单元302室<br>丛台区 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | | 邯郸市<br>河北省<br>056000<br>CN | | |
| 6 | GhYI | GuangZhouShangGaiShangMaoYouXianGongSi | 嘉定区<br>江桥镇曲江路99弄57号401<br>上海市<br>上海省<br>200000<br>CN | N/A | N/A |
| 7 | Honouredbird | handanshijiangzundianzishangwuyouxiangongsi | 复兴区<br>铁西南大街18号院内南楼126号<br>邯郸市<br>河北<br>056003<br>CN | N/A | N/A |
| 8 | Hyamass Direct | SHENZHEN HYAMASS INC | 西乡街道麻布轻铁西<br>14巷8号102室<br>深圳市<br>宝安区<br>广东<br>518100<br>CN | N/A | N/A |
| 9 | LvJuN | XiaMenShiHuLiQuLvJunFuZhuangShangHangGeRenDuZi | 中心生态城<br>万和雅苑16栋3门101<br>天津市<br>天津省<br>300000<br>CN | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Martinez pet | shanghaihuipengmeidianzishangwuco.ltd | 叶城路<br>925号B区4幢J<br>上海市<br>上海<br>201800<br>CN | N/A | N/A |
| 11 | Municipal | Cao Xuan Cuong | Xom 20 Nghia Thuan<br>Thai Hoa<br>Nghe An<br>44814<br>VN | N/A | N/A |
| 12 | PODEQeeStore | luoheqingxiangkemaoyiyouxiangongsi | 白云山北路与尧河路交叉口西100米路北<br>8号<br>漯河市<br>郾城区<br>河南<br>462000<br>CN | N/A | N/A |
| 13 | qiwa | ChiFengShiHongShanQuQiWaShangMaoYouXianZeRenGongSi | 悦龙湾1号楼1单元901室<br>红山区桥北街道<br>赤峰市<br>内蒙古<br>024000<br>CN | N/A | N/A |
| 14 | UniKorNa | B & P Consultant Ltd | 23 HING YIP ST<br>RM 1006 10/F PO YIP BUILDING<br>KWUN TONG<br>KOWLOON<br>0000<br>HK | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 15 | wanghongmei123. | haikouweiqingshangmaoyouxiangongsi | 茌平区北关和谐一号楼三单元602室<br>茌平区北关和谐一号楼三单元602室<br>聊城市<br>山东<br>252000<br>CN | N/A | N/A |
| 16 | YIKEYANG SHOP | NeiMengGuYiKeYangDianZiShangWuYouXianGongSi | 红山区西城街道<br>克拉铭座2号楼0803<br>赤峰市<br>内蒙古<br>024000<br>CN | N/A | N/A |
| 17 | YingChengBaiHuo | FuYangShiYingChengShangMaoYouXianGongSi | 安徽省阜阳市颍泉区<br>中市街道北京中路556号泉水湾花园10号楼一单元601<br>阜阳市<br>安徽<br>236000<br>CN | N/A | N/A |
| 18 | yinuo111 | taiyuanzhouhukejiyouxiangongsi | 晋江市<br>安海镇安平商贸城业丰街希勇食杂店<br>泉州市<br>福建省<br>362200<br>CN | N/A | N/A |
| 19 | YIQIANDANSHANGMAO | neimengguyiqiandanshangmaoyouxianzerengongsi | 集宁区泉山街道集宁区集宁大街津华时代小区9栋3305 | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| | | | 乌兰察布市<br>内蒙古<br>012000<br>CN | | |
| 20 | yunchengyifengshangmaoyouxiangongsi | yunchengyifengshangmaoyouxiangongsi | 山东省<br>菏泽市郓城县唐塔街道帝都花园小区北门88号商铺<br>菏泽市<br>山东省<br>274799<br>CN | N/A | N/A |
| 21 | Zhan Bin | zhengzhouzhanbinshangmaoyouxiangongsi | 中牟县绿博2号社区<br>4号院4号楼2单元1004室<br>郑州市<br>河南<br>451450<br>CN | N/A | N/A |
| 29 | Sweet Kitty Couture | putianshichengxiangqumeihaoqianchengmaoyiyouxiangongshi | Room 301, Building 1, Area A, Bantou Community, No. 517, Binlan Street, Xialin Subdistrict, Chengxiang District, 351100, Fujian Province, Putian City | N/A | N/A |
| 30 | pweesdf | shenzhenshimengmengkuajingdianshangmaoyiyouxiangongsi | Xinyi Yulong Haoyuan, No. 6 Baili Road, Bantian Street, Shenzhen, shenzhen, GD 518000, CN | N/A | (+86) 18813969927 |
| 31 | tshadow3 | jinanyangpengrenliziyuanxinxizixunyouxiangongsi | shandongshengjinanshigaoxinquxinluodajie1666hao<br>jinanshi, SD 250000, CN | N/A | (+86) 15919834313 |

Listing of all prior Schedule A cases filed in any court in the United States in which Plaintiff was a plaintiff:

| District and Case No. | Case Caption |
|---|---|
| NDIL 20cv5454 | Converse, Inc. v. The P'ships, et al., |
| NDIL 20cv5635 | Converse, Inc. v. The P'ships, et al., |
| NDIL 20cv7178 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv326 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv1437 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv2142 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv2687 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv3103 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv4260 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv4886 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv5701 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv4897 | Converse, Inc. v. The P'ships, et al., |
| NDIL 21cv6631 | Converse, Inc. v. The P'ships, et al., |
| NDIL 22cv528 | Converse, Inc. v. The P'ships, et al., |
| NDIL 22cv1092 | Converse, Inc. v. The P'ships, et al., |
| NDIL 22cv2472 | Converse, Inc. v. The P'ships, et al., |
| NDIL 22cv5873 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv149 | Converse, Inc. v. The P'ships, et al., |
| NDIL 22cv2711 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv1499 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv2990 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv4788 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv1528 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv5581 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv7072 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv14498 | Converse, Inc. v. The P'ships, et al., |
| NDIL 23cv16068 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv373 | Converse, Inc. v. The P'ships, et al., |

| | |
|---|---|
| NDIL 24cv1793 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv2785 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv642 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv3617 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv2330 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv5575 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv7439 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv3727 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv9614 | Converse, Inc. v. The P'ships, et al., |
| NDIL 25cv1048 | Converse, Inc. v. The P'ships, et al., |
| NDIL 24cv7467 | Converse, Inc. v. The P'ships, et al., |
| NDIL 25cv6345 | Converse, Inc. v. The P'ships, et al., |
| NDIL 25cv6396 | Converse, Inc. v. The P'ships, et al., |
| NDIL 25cv6472 | Converse, Inc. v. The P'ships, et al., |
| NDIL 25cv6500 | Converse, Inc. v. The P'ships, et al., |
| NDIL 25cv6583 | Converse, Inc. v. The P'ships, et al., |

Listing of any defendants included in the Schedule A in this case that Plaintiff has previously named as a defendant in any prior complaint or Schedule A case:

Defendants were previously named in the below cases[2]. Plaintiff further certifies that Plaintiff has not used any of the screenshot evidence supplied in support of a motion for a TRO in this case in any prior proceeding.

- No. 25-cv-06345 (Northern District of Illinois)
- No. 25-cv-06396 (Northern District of Illinois)
- No. 25-cv-06472 (Northern District of Illinois)
- No. 25-cv-06500 (Northern District of Illinois)

[2] Based on rulings from those Courts, their discretionary interpretation of joinder does not permit Plaintiff to include multiple internet stores unless Plaintiff can establish at the pleading stage, pre-discovery, that those stores are commonly owned. Plaintiff respectfully submits that such an interpretation does not permit joinder of any defendants. However, Plaintiff has amended the complaints in the said cases to conform with those Courts' requirements. Plaintiff maintains that joinder is proper here because the Complaint includes factual allegations that Defendants are working in a similar manner and during the same time period to sell Counterfeit Products, collectively in the same "occurrence of mass harm," show a logical relationship supporting joinder. *See Bose Corp. v. P'ships, et al.*, 334 F.R.D. 511, 516 (N.D. Ill. 2020); *see also Aidong Zou v. The Entities, et al.*, No. 23 C 16600, (N.D. Ill. Mar. 8, 2024) (unpublished) (denying motion to sever and finding joinder proper). Rule 20 provides this Court with discretion to join Defendants in a single proceeding in its own case.

Dated this 19th day of June 2025.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Converse Inc.*